

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. The district clerk's pending Notification of Late Record is, therefore, moot. Costs of appeal are assessed against appellant.

SIGNED September 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice